# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONOVAN WRIGHT

NO. 2023 KW 0759

**NOVEMBER 6, 2023**

---

In Re:    Donovan Wright, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 742992.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED.**

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT